# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Keri-Paige Armbruster*

Case No.
Chapter  **7**

_____ / Debtor

Attorney for Debtor:   **Richard F. Ruby**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the

best of our knowledge.

Date: *12/26/2013*_____

*/s/ Keri-Paige Armbruster*_____
Debtor

Keri-Pierce Ambrose
2909 North Sheridan Road
Suite 710
Chicago, IL  60657

Arnold Scott Harris, P.C.
600 West Jackson
Suite 710
Chicago, IL  60661-5636

Asset Acceptance Corp.
P.O. Box 2036
28405 Van Dyke Road

Atlantic Credit & Finance, Inc.
c/o Freedman/Anselmo/Lindberg
1771 W. Diehl Road #150
Naperville, IL  60566-7228

Blitt & Gaines, P.C.
661 Glen Avenue
Wheeling, IL  60090

Capital One
P.O. Box 30285
Salt Lake City, UT  84130-0285

Capstone Financial, LLC
c/o Markoff Law, LLC
29 North Wacker Drive #550
Chicago, IL  60606

Chase Bank USA
P.O. Box 15153
Wilmington, DE  19886-5153

Circuit Court Cook County
Law Division 10M1105192
Daly Center

Circuit Court Cook County
Law Division 10M1105192
50 West Washington Street
Chicago, IL  60602

Citibank South Dakota, NA
P.O. Box 6077
Sioux Falls, SD

Citibank, N.A.
Attn:  Restraining Order Unit
1 Ct. Square 7th Floor
Long Island City, NY  11120

Credit Collection Services
Two Wells Avenue
Newton Center, MA  02459

DuPage Medical Group
1100 West 31st Street
Suite 400
Plano, IL   60545

Edward J. Ambruster
10537 West Owen Drive
Orland Park, IL   60467

HSBC Bank
P.O. Box 5241
Carol Stream, IL   60197

National City Corporation
P.O. Box 8043
Royal Oak, MI   48068

National Enterprise Systems
29125 Solon Road
Solon, OH   44139

Nationwide Credit Collection
815 Commerce Drive
Suite 270
Oak Brook, IL   60523-8852

Portfolio Recovery Associates, LLC
c/o Fredman, Anselmo, Lindberg
1771 West Diehl Road, #150
Naperville, IL   60563-4947

Quest Diagnostics
2500 Niles Road
Suite 10B
Saint Joseph, MI   49085

Richard F. Ruby
425 West Buffalo
P. O. Box 177
New Buffalo, MI   49117

Sallie Mae
P.O. Box 9555
Wilkes Barre, PA   18773

State of Illinois
Dept. of Employment Security
P.O. Box 4385
Chicago, IL   60680-4385

Stellar Recovery
1845 Highway 93
Suite 310
Kalispell, MT   59901

VW Credit, Inc.
P.O. Box 3
Hillsboro, OR   97123-0003

WaMu
P.O. Box 660487
Dallas, TX  75266